# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOCUMENTED,<br><br>   *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>   *Defendant*. | Civil Action No. 21-cv-3142 (RCL) |

## PLAINTIFF DOCUMENTED'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

As this is a FOIA case and the record is clear, Defendant's Statements of Material Facts ¶¶ 1- 6 are not disputed. Plaintiff adopts those facts in support of its Cross Motion for Summary Judgment.

Dated: March 8, 2024

Respectfully submitted,

  */s/ Deborah M. Golden*
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, D.C.  20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com

*Counsel for Plaintiff Reason Foundation*